# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

YEVONNE POWERS, *individually and on behalf of others similarly situated*

    Plaintiff

  v.

                                                               Civil Action No. 3:24-cv-794

LIBERTY MUTUAL INSURANCE COMPANY

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____%, plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED under Federal Rule of Civil Procedure 12(b)(2).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Cristal C Brisco on Motion to Dismiss by Defendant.

DATE: 6/24/2025                CHANDA J. BERTA, CLERK OF COURT

                                        by  s/A. Highlen_____
                                          *Signature of Clerk or Deputy Clerk*